UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Joseph M Valenti  
    Karen Valenti  
        Debtor(s)

Case No. 13-04283

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/04/2013.

2) The plan was confirmed on 07/29/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/17/2016.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 08/16/2018.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 67.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $38,613.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $41,675.00 |
| Less amount refunded to debtor | $712.31 |

**NET RECEIPTS:** $40,962.69

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,864.69 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,364.69

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIED ANESTHESIA | Unsecured | 2,880.00 | NA | NA | 0.00 | 0.00 |
| ARBOR LAKES HOMEOWNERS ASSO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS | Unsecured | 394.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 12,457.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 2,224.00 | NA | NA | 0.00 | 0.00 |
| BILL ME LATER | Secured | 300.00 | 300.00 | 300.00 | 300.00 | 2.40 |
| CAPITAL ONE BANK USA | Unsecured | 286.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE NA | Unsecured | 2,617.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 18,666.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 1,000.00 | 1,579.60 | 1,579.60 | 67.30 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 465.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 445.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 12,008.00 | 13,326.84 | 13,326.84 | 629.79 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 989.00 | 1,100.95 | 1,100.95 | 52.03 | 0.00 |
| DISCOVER BANK | Unsecured | 3,153.00 | 3,153.58 | 3,153.58 | 149.03 | 0.00 |
| FIA CARD SERVICES | Unsecured | 5,351.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 185.00 | 184.84 | 184.84 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF HUMAN S | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 346.00 | NA | NA | 0.00 | 0.00 |
| KURTZ AMBULANCE SERVICE | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| LINDENHURST ANESTHESIA LLC | Unsecured | 3,744.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 532.00 | 675.16 | 675.16 | 31.91 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 15,662.00 | 15,187.26 | 15,187.26 | 717.71 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MIDLAND FUNDING LLC | Unsecured | 14,167.00 | 12,669.62 | 12,669.62 | 598.73 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 16,908.00 | 16,908.06 | 16,908.06 | 799.03 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HEALTH MART | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 27,195.00 | NA | NA | 0.00 | 0.00 |
| NEURAL WATCH LLC | Unsecured | 3,250.00 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 0.00 | 5,205.44 | 5,205.44 | 246.00 | 0.00 |
| NUMARK CREDIT UNION | Unsecured | 5,608.47 | NA | NA | 0.00 | 0.00 |
| NUMARK CREDIT UNION | Secured | 26,800.00 | 26,800.00 | 26,800.00 | 26,800.00 | 2,986.25 |
| OPS 2 LLC | Unsecured | NA | 249.81 | 249.81 | 0.00 | 0.00 |
| PARKVIEW ORTHOPAEDIC GROUP | Unsecured | 3,660.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY & LAB CONSULTANTS | Unsecured | 476.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 4,096.00 | 4,056.87 | 4,056.87 | 191.72 | 0.00 |
| PROVENA MEDICAL GROUP | Unsecured | 1,088.00 | NA | NA | 0.00 | 0.00 |
| PROVENA ST JOSEPH HOSPITAL | Unsecured | 33,312.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 48,476.00 | 34,911.14 | 34,911.14 | 1,649.81 | 0.00 |
| SPRINT CORP | Unsecured | 581.00 | NA | NA | 0.00 | 0.00 |
| ST JOSEPH MEDICAL CENTER | Unsecured | 1,945.00 | NA | NA | 0.00 | 0.00 |
| TRI STATE FINANCIAL | Unsecured | 6,577.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 11,976.00 | NA | NA | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | NA | 2,213.93 | 2,213.93 | 104.63 | 0.00 |
| VERIZON WIRELESS | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 3,532.14 | 3,532.14 | 271.66 | 271.66 | 0.00 |
| WELLS FARGO HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $271.66 | $271.66 | $0.00 |
| Debt Secured by Vehicle | $26,800.00 | $26,800.00 | $2,986.25 |
| All Other Secured | $300.00 | $300.00 | $2.40 |
| **TOTAL SECURED:** | **$27,371.66** | **$27,371.66** | **$2,988.65** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$111,423.10** | **$5,237.69** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,364.69 |
| Disbursements to Creditors | $35,598.00 |
| **TOTAL DISBURSEMENTS** : | **$40,962.69** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/05/2018                    By: /s/ Glenn Stearns
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**